UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT G. TEMPLE,

    Petitioner,

v.                                                  Case No.  5:16cv341/LC/CJK

JULIE JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 24, 2017.  (Doc. 4).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection (doc 6) has been made.

Having considered the Report and Recommendation and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted

and incorporated by reference in this order.

2.  Petitioner's motion for extension of time (doc. 3) is DENIED.

3.  This case is DISMISSED, as petitioner's anticipated § 2254 petition directed at his Pinellas County criminal judgment should be filed in the United States District Court for the Middle District of Florida.

**ORDERED** on this 13th day of February, 2017.

     s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**